

# NUMBER 13-21-00117-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**HALLIBURTON COMPANY,** **Appellant,**

**v.**

**SHAWN POLAK,** **Appellee.**

---

### On appeal from the 281st District Court
### of Harris County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Hinojosa

This matter is before the Court on appellant's unopposed motion to dismiss which

indicates the parties have resolved this dispute.[1]

---

[1] This case is before the Court on transfer from the First Court of Appeals in Houston pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

LETICIA HINOJOSA
Justice

Delivered and filed on the
1st day of July, 2021.